## CRAIG v. FLORANG ET AL.

INTOXICATING LIQUORS: NUISANCE: CONSTITUTIONALITY OF STATUTE.

*Appeal from Des Moines District Court.*

SATURDAY, MARCH 12.

*P. Henry Smyth & Son,* for appellants.

No appearance for appellee.

SEEVERS, J.—This case in all respects is like *McLane v. Bonn et al.,* 70 Iowa, 752. Following that case the judgment in this must be

AFFIRMED.